**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ECI SOFTWARE SOLUTIONS, INC., § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> RICHARD E. SHERIDAN JR., § <br> TIMOTHY ROACH, RICHARD E. § <br> SHERIDAN JR. d/b/a ERP SQL PRO, § <br> ERP SQL PRO INC., and DOES 1-10, § <br> § <br> Defendants. § <br> § | CASE 3:18-cv-00511-N |

***SUPPLEMENTAL* DECLARATION OF RICHARD E. SHERIDAN IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS SHERIDAN AND ERP SQL PRO INC.'S MOTION TO DISMISS (FRCP 12(b)) OR, ALTERNATIVELY, TO COMPEL ARBITRATION**

I, Richard E. Sheridan, Jr., declare as follows:

1.  I write this in support of the Motion to Dismiss Plaintiff ECI Software Solutions, Inc.'s ("Plaintiff" or "ECI") Complaint.

2.  I am the President of Defendant ERP SQL Pro, Inc. ("ERP").

3.  I have read the Declaration John Bugh filed in support of Plaintiff's opposition, specifically that he declares that he is "informed and believe[s] that Defendants have solicited and provided services" to two of Plaintiff's customers in Texas – Powder Metallurgy Company and ABC Assembly.

4.  Neither ERP nor myself (or anyone else at ERP) has done any business with

either of the two companies – Powder Metallurgy Company and/or ABC Assembly.

5. As such, neither ERP nor myself has disclosed any of Plaintiff's trade secrets or information, confidential or otherwise, to either of the two companies.

6. As previously declared, the allegation that ERP and I have been improperly using of Plaintiff's confidential information, whether in Texas or otherwise, is untrue.

7. Attached as **Exhibit 1** hereto is a true and correct copy of the Declaration of Nikki Patton, General Manager of Powder Metallurgy Company, wherein she confirms that ERP has never done any work for her company.

8. Attached as **Exhibit 2** hereto is a true and correct copy of the Declaration of Carlos Navarro, President/CEO of ABC Assembly, where he confirms that ERP has never done any work for his company.

I declare the foregoing under penalty of perjury of the laws of the United States on May 7, 2018 in Los Angeles, California.

_____
Richard E. Sheridan, Jr.

# EXHIBIT 1

## DECLARATION OF NIKKI PATTON

I, Nikki Patton, declare as follows:

1. I am the General Manager of Powder Metallurgy Company.

2. I understand that ECI Software Solutions, Inc. ("ECI") has filed a lawsuit against ERP SQL Pro, Inc. ("ERP"), Richard Sheridan, and Timothy Roach.

3. I understand that ECI is claiming that ERP, Mr. Sheridan, or Mr. Roach are doing or have done business with Powder Metallurgy Company and causing ECI financial harm.

4. Powder Metallurgy Company is not doing any business, and has never done any business, with ERP, Mr. Sheridan, or Mr. Roach.

I declare the foregoing under penalty of perjury of the laws of the United States on May 4, 2018 in Lewisville, Texas.

_____
Nikki Patton

# EXHIBIT 2

## DECLARATION OF CARLOS NAVARRO

I, Carlos Navarro, declare as follows:

1. I am the President/CEO of ABC Assembly and have been so since 2006.

2. ABC Assembly is not doing any business, and has never done any business, with ERP SQL Pro, Inc., Richard Sheridan, or Timothy Roach.

I declare the foregoing under penalty of perjury of the laws of the United States on May 4, 2018 in Houston, Texas.

_____
Carlos Navarro

DECLARATION OF CARLOS NAVARRO – PAGE 1